Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–31019–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Kelvin T White Sr.
  4 Amberwood Lane
  Lumberton, NJ 08048

Social Security No.:
  xxx–xx–3571

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/26/17.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 26, 2017
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-31019-MBK
Kelvin T White, Sr.                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2               Date Rcvd: Jan 26, 2017
                              Form ID: 148             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2017.
```
db          +Kelvin T White, Sr.,    4 Amberwood Lane,    Lumberton, NJ 08048-4310
516480115   +AmeriFinancial Solutions. Llc,    Po Box 65018,    Baltimore, MD 21264-5018
516480116   +AmeriFinancial Solutions. Llc,    Po Box 7,    Vassar, MI 48768-0007
516480117   +Burlington County Special Civil Part,    49 Rancocas Road,    Mount Holly, NJ 08060-1317
516480118   +Caine & Weiner,    Po Box 5010,    Woodland Hills, CA 91365-5010
516480119   +Caine & Weiner,    21210 Erwin Street,    Woodland Hills, CA 91367-3714
516480120   +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
516480121   +Credit Acceptance,    Po Box 513,    Southfield, MI 48037-0513
516480131   +Debt Recovery Solution,    900 Merchants Concourse,    Westbury, NY 11590-5142
516480130   +Debt Recovery Solution,    Attention: Bankruptcy,    6800 Jericho Turnpike  Ste 113e,
              Syosset, NY 11791-4401
516559042   +Deutsche Bank National Trust Co.,Trustee(See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516480132   +KML Law Group,    216 Haddon Avenue, Suite 406,    Collingswood, NJ 08108-2812
516480134   +Specialized Loan Servicing/SLS,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
516480133   +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,    Po Box 636005,    Littleton, CO 80163-6005
516480135   +Us Dept Ed,    Po Box 1030,    Coraopolis, PA 15108-6030
516480136   +Us Dept Ed,    Po Box 5609,    Greenville, TX 75403-5609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 26 2017 19:46:34     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 26 2017 19:46:33     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516549938    EDI: GMACFS.COM Jan 26 2017 19:23:00     Ally Financial,    PO Box 130424,
              Roseville MN 55113-0004
516480113   +E-mail/Text: bky@americanprofit.net Jan 26 2017 19:46:55     American Profit Recovery,
              34405 West 12 Miles Road #333,    Farmington Hills, MI 48331-5608
516480114   +E-mail/Text: bky@americanprofit.net Jan 26 2017 19:46:55     American Profit Recovery,
              34405 W 12 Mile Rd Ste 3,    Farmington Hills, MI 48331-5608
516480122   +EDI: CCS.COM Jan 26 2017 19:23:00     Credit Collections Svc,    Po Box 773,
              Needham, MA 02494-0918
516480126   +EDI: CCS.COM Jan 26 2017 19:23:00     Credit Collections Svc,    Po Box 607,
              Norwood, MA 02062-0607
516480138   +EDI: VERIZONEAST.COM Jan 26 2017 19:23:00     Verizon,    500 Technology Dr,   Suite 500,
              Weldon Spring, MO 63304-2225
516480139   +EDI: VERIZONEAST.COM Jan 26 2017 19:23:00     Verizon,    500 Technology Dr Ste 30,
              Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516480123*   +Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
516480124*   +Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
516480125*   +Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
516480127*   +Credit Collections Svc,    Po Box 607,    Norwood, MA 02062-0607
516480128*   +Credit Collections Svc,    Po Box 607,    Norwood, MA 02062-0607
516480129*   +Credit Collections Svc,    Po Box 607,    Norwood, MA 02062-0607
516480137*   +Us Dept Ed,    Po Box 5609,    Greenville, TX 75403-5609
                                                                                    TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Jan 26, 2017
                              Form ID: 148             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee for
               FFMLT Trust 2006-FF3, Mortgage Pass-Through Certificates, Series 2006-FF3
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Paul H. Young    on behalf of Debtor Kelvin T White, Sr. ykassoc@gmail.com,
               lesliebrown.paralegal@gmail.com
                                                                                             TOTAL: 4
```