| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>ALBERT RUSSO<br>CN 4853<br>TRENTON, NEW JERSEY 08650<br>(609) 587-6888<br><br>STANDING CHAPTER 13 TRUSTEE |
| In Re:<br><br>    **KELVIN T. WHITE, SR**<br><br>                    **Debtor(s)** |

Order Filed on January 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-31019 MBK

Hearing:

Judge Michael B. Kaplan

## ORDER DISMISSING CHAPTER 13 CASE

    The relief set forth on the following pages, numbered two (2), is hereby ORDERED.

**DATED: January 26, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**THIS MATTER**, having come before the Court on Certification of Default of Standing Trustee, and for good cause shown, it is hereby:

**ORDERED** that the above captioned case is hereby dismissed.

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-31019-MBK
Kelvin T White, Sr.                                                 Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Jan 26, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2017.
db              +Kelvin T White, Sr.,    4 Amberwood Lane,    Lumberton, NJ 08048-4310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee for
               FFMLT Trust 2006-FF3, Mortgage Pass-Through Certificates, Series 2006-FF3
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Paul H. Young    on behalf of Debtor Kelvin T White, Sr. ykassoc@gmail.com,
               lesliebrown.paralegal@gmail.com
                                                                                             TOTAL: 4